IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00305-KDB – DCK

| | |
|---|---|
| REDA DEHBI, | ) |
| Plaintiff, | ) ) ) |
| CITY OF CHARLOTTE, JOHN DOE I, | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Reda Dehbi and Defendants City of Charlotte and John Doe I, through their respective counsel, stipulate that the above-captioned action is dismissed in its entirety with prejudice, with each party to bear their own costs.

This 12th day of October, 2023.

| /s/ James E. Ferguson, II | /s/ Roger A. McCalman |
|---|---|
| James E. Ferguson, II | Roger A. McCalman |
| Ferguson, Chambers & Sumter, P.A. | Assistant City Attorney |
| 309 E. Morehead Street, Suite 110 | 600 East Fourth Street |
| Charlotte, North Carolina 28202 | Suite 454 |
| Telephone: 704.375.8461 | Charlotte, North Carolina 28202-2841 |
| Facsimile: 980.938.4867 | Telephone: 980/279-9922 (Cell) |
| E-mail: fergietwo@aol.com | Facsimile: 704/632-8160 |
| | E-mail: Roger.McCalman@charlottenc.gov |
| ***Attorney for Plaintiff*** | ***Attorney for Defendants*** |